WILLIAM F. SEELY v. WILLIAM O'CONNER, AND HENRY O. BEVIER v. WILLIAM O'CONNER.

[Two cases.]

*Bill to quiet title.*

These cases are ruled by *Wolf v. O'Conner, ante,* 124.

Rehearings, upon application of complainants, of cases reported in 83 Mich. 310. Submitted January 8, 1891. Decrees affirmed October 30, 1891.

*G. A. Wolf* (*E. F. Uhl*, of counsel), for complainants.
*Russell C. Ostrander*, for defendant.

CHAMPLIN, C. J. In these causes the decrees of the court below will be affirmed, for the reasons stated in the opinion upon rehearing in *Wolf v. O'Conner*, 88 Mich. 124.

The other Justices concurred.